UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY J. TRUPIANO, SR., and
ANNE M. TRUPIANO,

       Plaintiffs,

v.                                       Case Number 14-13105
                                         Honorable David M. Lawson

GREEN TREE SERVICING, LLC, and
BANK OF AMERICA, N.A.,

       Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS

Presently before the Court is the defendant's motion to dismiss. The Court held a hearing on the motion on October 22, 2014 and heard argument from both sides. At the conclusion of the hearing, the Court announced its decision from the bench and denied the defendant's motion without prejudice.

Accordingly, it is hereby **ORDERED** that the defendant's motion to dismiss [dkt. #3] is **DENIED WITHOUT PREJUDICE** for the reasons stated on the record.

It is further **ORDERED** that the plaintiff must file an amended complaint **on or before November 5, 2014.**

                                                     s/David M. Lawson
                                                     DAVID M. LAWSON
                                                     United States District Judge

Dated: October 22, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 22, 2014.

/s Marilyn Orem
MARILYN OREM